Tino X. Do, Esq. (SBN 221346)
Tanisha M. Arata, Esq. (SBN 280588)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Suite 373
Concord, CA 94521
Telephone: (510) 906-4710
tdo@sjlawcorp.com
tarata@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GEREMIA ENVIRONMENTAL, INC., a California Corporation, doing business as GEREMIA POOLS; and SOUTH BAY GUNITE, INC., a California Corporation, doing business as NORCAL POOL CONSTRUCTION, INC., and GUSTAVO RODRIGUEZ, an individual,<br><br>Defendants. | Case No. 25-cv-06067-TSH<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

IT IS HEREBY STIPULATED and AGREED (the "Stipulation") by and between the parties hereto that Judgment shall be entered in the within action in favor of Plaintiff Operating Engineers' Health and Welfare Trust Fund, et al. ("Plaintiffs" or "Trust Funds") and against Defendants Geremia Environmental, Inc., a California Corporation, doing business as Geremia Pools ("Geremia"), and South Bay Gunite, Inc., a California Corporation, doing business as NorCal Pool Construction, Inc. ("South Bay Gunite"), and Gustavo Rodriguez, an individual (collectively "Defendants"), as follows:

1.      Defendant Geremia is signatory to and bound by the terms of a Collective Bargaining Agreement(s) ("Bargaining Agreement") with the Operating Engineers Local 3 Union ("Union"). The Bargaining Agreement is still in full force and effect.

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. 25-cv-06067-TSH**

2.      Defendant South Bay Gunite is the agent, servant, employee, partner, joint venture, successor corporation, or alter ego of Defendant Geremia and is acting within the scope of that agency, employment, partnership, or venture with the knowledge and consent or ratification of Defendant Geremia.

3.      Gustavo Rodriguez ("Guarantor") confirms that he is authorized to enter into this Stipulation on behalf of Defendant Geremia and Defendant South Bay Gunite.

4.      Gustavo Rodriguez also confirms that he is personally guaranteeing the amounts due herein and confirms that he shall be added as a Defendant. Defendants and Guarantor specifically consent to the Court's jurisdiction, as well as to the use of a Magistrate Judge for all proceedings, including entry of judgment herein. Defendants further confirm that all successors in interest, assignees, and affiliated entities (including, but not limited to, parent or other controlling companies), and any companies with which Defendants join or merge, if any, shall also be bound by the terms of this Stipulation as Guarantors. This shall include any additional entities in which Guarantor is an officer, owner or possesses any controlling ownership interest. All such entities shall specifically consent to the Court's jurisdiction, the use of a Magistrate Judge for all proceedings, and all other terms herein, in writing, at the time of any assignment, affiliation or purchase, and if they do not, shall nevertheless be bound to the terms of this Stipulation. Defendants and Guarantor confirm and agree that any applicable successors in interest, assignees, and affiliated entities may be added to this Stipulation by Plaintiffs through a noticed motion before this Court or any other court of competent jurisdiction.

///

///

///

///

///

///

///

///

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. 25-cv-06067-TSH**

5. Defendants are currently indebted to the Trust Funds as follows:

| Work Month | Total Contributions Reported | Contribution Balances | 20% Liquidated Damages | 10% Interest (through 1/22/26, or date paid) | Total |
|---|---|---|---|---|---|
| Dec. 2024 | $2,886.85 | $0.00 | $577.37 | $134.96 | $712.33 |
| Jan. 2025 | $3,446.11 | $1,220.09 | $689.22 | $151.90 | $2,061.21 |
| Feb. 2025 | $3,205.26 | $1,505.99 | $641.05 | $127.81 | $2,274.85 |
| Mar. 2025 | $3,617.84 | $3,015.83 | $723.57 | $253.61 | $3,993.01 |
| Apr. 2025 | $3,405.62 | $2,864.10 | $681.12 | $211.40 | $3,756.62 |
| May 2025 | $3,187.06 | $2,707.85 | $637.41 | $172.65 | $3,517.91 |
| June 2025 | $3,302.09 | $2,790.09 | $660.42 | $154.91 | $3,605.42 |
| July 2025 | $3,872.32 | $3,298.96 | $774.46 | $149.24 | $4,222.66 |
| Aug. 2025 | $2,156.00 | $0.00 | $431.20 | $215.61 | $646.81 |
| *Subtotals* | | *$17,402.91* | *$5,815.83* | *$1,572.09* | *$24,790.83* |
| **Subtotal (Litigated Contributions, Liquidated Damages and Interest):** | | | | | **$24,790.83** |
| 10% Liquidated Damages on Late-Paid 9/24-11/24 Contributions: | | | | | $1,024.64 |
| 10% Interest on Late-Paid 9/24-11/24 Contributions: | | | | | $41.63 |
| **Subtotal (Pre-Litigation Liquidated Damages and Interest):** | | | | | **$1,066.27** |
| Attorneys' Fees (through 11/30/25): | | | | | $16,344.00 |
| Costs (through 11/30/25): | | | | | $822.65 |
| **Subtotal (Attorneys' Fees & Cost):** | | | | | **$17,166.65** |
| **TOTAL DUE:** | | | | | **$43,023.75**[1] |

6. The Parties hereby expressly stipulate that Judgment shall be entered against Defendants and in Plaintiffs' favor in the total amount of **$43,023.75** pursuant to the terms set forth below.

## **REQUIREMENTS UNDER THE TERMS OF THIS STIPULATION**

7. Notice requirements pursuant to the terms of this Stipulation are as follows:

a) **Notices to Defendants**: Geremia Environmental, Inc., dba Geremia Pools / South Bay Gunite, Inc., dba NorCal Pool Construction, Inc. / Gustavo Rodriguez and/or Joel Segovia, 4986 Parrish Ct., San Jose, CA 95111; email: gus@southbayguniteinc.com and office@southbayguniteinc.com.

b) **Notices to Plaintiffs**: Tino X. Do / Tanisha M. Arata, Saltzman & Johnson Law

---

[1] While Plaintiffs' Trustees do not waive interest, Defendants have requested that interest be waived nonetheless. Accordingly, Defendants' request to waive interest will be presented to the Plaintiffs' Trustees after Defendants timely submit the first 6 installment payments under this Stipulation (February 2026 through July 2026 installments) and after Defendants also timely submit the monthly hours reports along with any contributions due for the January 2026 through June 2026 work months.

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. 25-cv-06067-TSH**

Corporation, 5100-B1 Clayton Road, Suite 373, Concord, CA 94521; email: tdo@sjlawcorp.com/tarata@sjlawcorp.com, copy to compliance@sjlawcorp.com.

8.    The requirements pursuant to the terms of this Stipulation are as follows:

a)    **Monthly Payments**: Defendants shall conditionally pay the amount of **$36,183.28,** representing all of the above amounts, less conditionally waived liquidated damages in the amount of **$6,840.47.**

i)    Payments in the amount of **$1,500.00 per month** shall begin on February 15, 2026, for the undisputed amounts due and owing, and continue on or before the 15th day of each month thereafter **for a period of six months, through and including July 15, 2026**.

ii)    Payments in the amount of **$4,961.00 per month** shall begin on August 15, 2026, for the undisputed amounts due and owing, and continue on or before the 15th day of each month thereafter **for a period of six months**.

iii)    Plaintiffs may require that Defendants pay electronically by wire transfer, or by cashier's check.

iv)    Defendants shall have the right to increase the monthly payments at any time and there is no penalty for prepayment.

v)    Payments shall be applied first to interest, at the rate of 10% per annum in accordance with the Bargaining Agreement and Trust Agreements. Interest shall begin to accrue on January 23, 2026.

b)    **Contributions:** Beginning with contributions due for hours worked by Defendants' employees during the month of December 2025, and for every month thereafter until this Judgment is satisfied, Defendants shall remain current in reporting and payment of contributions due to Plaintiffs under the terms of the Collective Bargaining Agreement(s).

c)    **Job Report:** Beginning with the month of January 2026, and for every month thereafter, Defendants shall fully disclose all jobs on which they are working by providing Plaintiffs with fully completed job reports on the form attached hereto as **Exhibit A**. Upon request by Plaintiffs, Defendants shall also provide Plaintiffs with copies of Certified Payroll Reports.

4

JUDGMENT PURSUANT TO STIPULATION
Case No. 25-cv-06067-TSH

d)    **Audit:** Should the Trust Funds request an audit of Defendants' payroll records pursuant to the requirements of the Bargaining Agreement and/or Trust Agreements, Defendants must contact the auditor within seven days of receiving notice and must schedule the audit as requested. Defendants must fully comply with the audit by keeping the scheduled appointment for the audit and making all documentation requested by the auditor available for inspection. Defendants specifically agree that if all records are not provided upon Plaintiffs' request, Plaintiffs may conduct post judgment discovery, a debtor's exam, or any other court proceeding necessary to compel provision of the documents.

i)    In the event that amounts are found due to Plaintiffs as a result of the audit, Plaintiffs shall send a copy of the audit report, and written demand for payment to Defendants. In the event that the audit findings are not contested, payment in full shall be delivered to Tino X. Do/Tanisha M. Arata at the address provided above.

ii)    In the event that Defendants dispute the audit findings, Defendants must provide the dispute in writing, with all supporting documentation within ten (10) days of the date of the demand. Defendants shall be notified as to whether revisions will be made to the audit. If revisions are not made, payment will be immediately due. If revisions are made, payment in full of the revised amount shall be immediately due.

iii)    If Defendants are unable to make payment in full, Defendants may submit a request to add the amounts found due to this Stipulation. If the Stipulation is so revised, Defendants shall execute the Amended Judgment or Amendment to Judgment within ten (10) days of receipt. Failure of Defendants to execute the revised agreement shall constitute a default of the terms herein.

iv)    Failure by Defendants to submit either payment in full or a request to add the amounts due to this Judgment within ten days of receipt shall constitute a default of the obligations under this agreement. All amounts found due on audit shall immediately become part of this Judgment. Defendants stipulate that the Trust Funds may compel any outstanding documents needed to complete the audit by debtor's examination, post judgment discovery, or further court action.

e)    **Fees:** Defendants shall pay all additional attorneys' fees and costs incurred

5

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. 25-cv-06067-TSH**

through Satisfaction of Judgment, whether or not a default occurs.

9.    **In summary**, Defendants shall deliver the following payments and documents to Plaintiffs, at the following locations, on or before the following delivery deadlines, until this Stipulation has been fully satisfied:

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

6

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. 25-cv-06067-TSH**

| Required Submissions | Delivery deadlines | Delivery locations |
|---|---|---|
| **Stipulated payments in the amount of $1,500.00** payable to *Operating Engineers Trust Funds* | 15th day of each month (2/15/26 – 7/15/26) | Electronically, via Employer Edge<br><br>*-or-*<br><br>*For standard mail (effective 2/1/26):*<br>Operating Engineers Trust Funds<br>MPSA CA Lockbox<br>PO Box 31001-4336<br>Pasadena, CA 91110-4336<br><br>*-or-*<br><br>*For UPS, FedEx, or registered mail (effective 2/1/26):*<br>Operating Engineers Trust Funds<br>PNC Bank c/o MPSA CA Lockbox<br>Lockbox #914336<br>Pasadena Tech Center<br>465 N Halstead Street, STE 160<br>Pasadena, CA 91107 |
| **Stipulated payments in the amount of $4,961.00** payable to *Operating Engineers Trust Funds* | 15th day of each month (8/15/26 – 1/15/27) | Electronically, via Employer Edge<br><br>*-or-*<br><br>*For standard mail (effective 2/1/26):*<br>Operating Engineers Trust Funds<br>MPSA CA Lockbox<br>PO Box 31001-4336<br>Pasadena, CA 91110-4336<br><br>*-or-*<br><br>*For UPS, FedEx, or registered mail (effective 2/1/26):*<br>Operating Engineers Trust Funds<br>PNC Bank c/o MPSA CA Lockbox<br>Lockbox #914336<br>Pasadena Tech Center<br>465 N Halstead Street, STE 160<br>Pasadena, CA 91107 |

7

JUDGMENT PURSUANT TO STIPULATION
Case No. 25-cv-06067-TSH

| Required Submissions | Delivery deadlines | Delivery locations |
| --- | --- | --- |
| **Current contribution reports and payments** payable to *Operating Engineers Trust Funds* | 15th day of each month (beginning 1/15/26, for 12/25 hours) | Electronically, via Employer Edge<br><br>*-or-*<br><br>*For standard mail (effective 2/1/26):*<br>Operating Engineers Trust Funds<br>MPSA CA Lockbox<br>PO Box 31001-4336<br>Pasadena, CA 91110-4336<br><br>*-or-*<br><br>*For UPS, FedEx, or registered mail (effective 2/1/26):*<br>Operating Engineers Trust Funds<br>PNC Bank c/o MPSA CA Lockbox<br>Lockbox #914336<br>Pasadena Tech Center<br>465 N Halstead Street, STE 160<br>Pasadena, CA 91107<br><br>Plus copies to:<br>compliance@sjlawcorp.com<br>(subject: "Geremia Pools") |
| **Completed job reports** (form attached as Exhibit A to Stipulation)<br><br>**and Certified Payroll (if requested)** | 15th day of each month (beginning 2/15/26, for 1/26 hours) | compliance@sjlawcorp.com<br>(subject: "Geremia Pools") |

10.     Failure to comply with any of the above terms, including submitting a payment that does not clear the bank, shall constitute a default of the obligations under this Stipulation.

## DEFAULTS UNDER THE TERMS OF THIS STIPULATION

11.     If default occurs, Plaintiffs shall make a written demand to Defendants, to cure said default ***within seven days of the date of the notice from Plaintiffs***. In the event default is not cured within the required time frame, all amounts remaining due hereunder (after application of principal payments made, if any) shall be due and payable on demand by Plaintiffs. These amounts shall include any conditionally waived liquidated damages, additional (current) contributions/liquidated

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. 25-cv-06067-TSH**

damages/interest, and additional attorney's fees and costs incurred herein.

12. Any unpaid or late-paid contributions, together with 20% liquidated damages and 10% per annum interest, shall become part of this Judgment. Plaintiffs reserve all rights available to collect any contributions and related amounts not included herein. This includes but is not limited to any amounts due pursuant to employee timecards or paystubs, by audit, or other means. Should Defendants fail to submit a report for any month, contributions shall be estimated pursuant to the Trust Fund policy. Defendants specifically waive the defense of the doctrine *res judicata* as to any such additional amounts determined as due.

13. A Writ of Execution may be obtained without further notice, in the amount of the unpaid balance plus any additional amounts due under the terms herein. Such Writ of Execution may be obtained solely upon declaration by a duly authorized representative of Plaintiffs setting forth the balance due as of the date of default.

## **MISCELLANEOUS PROVISIONS**

14. The above requirements remain in full force and effect regardless of whether or not Defendants have ongoing work, whether Defendants' account with the Trust Funds is active, or whether Defendants are signatory to a Collective Bargaining Agreement with the Union. If, for any reason, Defendants have no work to report during a given month, Defendants shall submit the job report form (Exhibit A attached hereto) indicating that there are no current jobs. If Defendants have no contributions to report, Defendants shall submit the applicable contribution report stating, "no employees."

15. Payments made by joint check shall be endorsed on behalf of Defendants prior to submission, and may be applied toward Defendants' monthly stipulated payment, provided that the issuer of the joint check is not requesting a release in exchange for the payment. Joint checks for which a release is requested may not be applied toward Defendants' monthly stipulated payment but shall be deducted from the total balance owed under this Stipulation, provided the payment is for contributions included in this Stipulation.

16. Prior to the last payment pursuant to this Stipulation, Plaintiffs shall advise Defendants as to the final amount due, including additional interest, any current contributions and related amounts and

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. 25-cv-06067-TSH**

all additional attorneys' fees and costs incurred by Plaintiffs, whether or not Defendants default herein. Any additional amounts due shall be paid in full with the final stipulated payment due on January 15, 2027.

17.    The conditional waiver of liquidated damages shall be presented to the Board of Trustees for consideration only after all amounts due under the terms of this Stipulation are paid in full, and Defendants' account is otherwise current. If the waiver is granted, a Satisfaction of Judgment will be filed with the Court once all payments have cleared the bank. If the waiver is not granted, the liquidated damages will be immediately due. The waiver may be granted with further conditions, such as paying timely and remaining current for an additional period of time.

18.    Defendants waive any notice of Entry of Judgment or of any Request for a Writ of Execution and expressly waive all rights to stay of execution and appeal.

19.    Any failure on the part of Plaintiffs to take any action as provided herein in the event of any breach of the provisions of this Stipulation shall not be deemed a waiver of any subsequent breach.

20.    Defendants/Guarantor have represented that they do not intend to file for Bankruptcy protection. In the event that Defendants/Guarantor file for Bankruptcy protection, Defendants/Guarantor specifically agree that the amounts due hereunder, which are employee benefits and related sums, shall not be dischargeable. Defendants/Guarantor agree to reaffirm this debt and will not request that the debt be discharged.

21.    Should any provisions of this Stipulation be declared or determined by any court of competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and enforceability of the remaining parts, terms or provisions shall not be affected thereby and said illegal, unenforceable or invalid part, term, or provisions shall be deemed not to be part of this Stipulation.

22.    This Stipulation is limited to the agreement between the parties with respect to the unpaid and delinquent contributions and related sums enumerated herein, owed by Defendants to Plaintiffs. This Stipulation does not in any manner relate to withdrawal liability claims, if any. Defendants acknowledge that Plaintiffs expressly reserve their right to pursue withdrawal liability claims, if any, against Defendants and all of their control group members, as provided by Plaintiffs' Plan documents,

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. 25-cv-06067-TSH**

Trust Agreements incorporated into their Bargaining Agreements, and applicable laws and regulations. The parties to this Stipulation understand and agree that nothing contained herein shall in any manner relate to or otherwise limit the obligations of Defendants with respect to the assessment and collection of withdrawal liability pursuant to 29 U.S.C. § 1381 et seq.

23.    This Stipulation contains all of the terms agreed to by the parties and no other agreements have been made. Any changes to this Stipulation shall be effective only if made in writing and signed by all parties hereto.

24.    This Stipulation may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which shall constitute the same instrument.

25.    Defendants represent and warrant that they have had the opportunity to be or have been represented by counsel of their own choosing in connection with entering this Stipulation under the terms and conditions set forth herein, that they have read this Stipulation with care and are fully aware of and represent that they enter into this Stipulation voluntarily and without duress.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

11

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. 25-cv-06067-TSH**

26.    The parties agree that the Court shall retain jurisdiction of this matter until this Judgment is satisfied.

DATED: February 12, 2026          **GEREMIA ENVIRONMENTAL, INC., dba GEREMIA POOLS**

By:

_____/S/_____
Gustavo Rodriguez, on behalf of Geremia Environmental, Inc., dba Geremia Pools

DATED: February 12, 2026          **SOUTH BAY GUNITE, INC., dba NORCAL POOL CONSTRUCTION, INC.**

By:

_____/S/_____
Gustavo Rodriguez, on behalf of South Bay Gunite, Inc., dba NorCal Pool Construction, Inc.

DATED: February 12, 2026          **GUSTAVO RODRIGUEZ, an individual**

By:   _____/S/_____
Gustavo Rodriguez, an Individual

DATED: February 13, 2026          **OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al**.

By:   _____/S/_____
Sonya Brown
Fringe Benefits Director for Operating Engineers Local 3 Trust Funds

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall retain jurisdiction over this matter.

DATED: February 17, 2026

_____
UNITED STATES MAGISTRATE JUDGE

12

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. 25-cv-06067-TSH**

<table>
<tr><td colspan="3" align="center"><b>Exhibit A: JOB REPORT FORM</b><br><b>Completed Forms Due by the 15th day of each month</b><br>by email to <u>compliance@sjlawcorp.com</u> (subject line: Geremia Pools) <u>or</u><br>delivered to Saltzman & Johnson, 5100-B1 Clayton Road, Ste. 373, Concord, CA 94521</td></tr>
</table>

**Employers: Geremia and South Bay Gunite**

**Report for the month of _____, 20__  Submitted by: _____**

| Project Name: | | **Public or Private?**<br>(Circle one) |
|---|---|---|
| **Project Address:** | | |
| **General Contractor:** | | |
| **General Contractor Address:** | | |
| **General Contractor Phone #:** | | **Project Manager Name:** |
| **Project Manager Phone #:** | | **Project Manager email address:** |
| **Contract #:** | | **Contract Date:** |
| **Total Contract Value:** | | |
| **Work Start Date:** | | **Work Completion Date:** |
| **Project Bond #:** | | **Surety:** |

The undersigned declares under **penalty of perjury** under the laws of California and the United States of America that the information provided in the foregoing Job Report is true, complete, and correct, and further that the undersigned has not knowingly omitted the existence and/or details of any work, jobs, and/or projects that Geremia and South Bay Gunite have worked on by failing to submit a Job Report.

This Declaration was executed upon this ____ day of _____, at _____, California.

_____
Gustavo Rodriguez

***Attach additional sheets as necessary***

13

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. 25-cv-06067-TSH**

26. The parties agree that the Court shall retain jurisdiction of this matter until this Judgment is satisfied.

DATED: _Feb 12_, 2026

**GEREMIA ENVIRONMENTAL, INC., dba GEREMIA POOLS**

By: _____

Gustavo Rodriguez, on behalf of Geremia Environmental, Inc., dba Geremia Pools

DATED: _Feb 12_, 2026

**SOUTH BAY GUNITE, INC., dba NORCAL POOL CONSTRUCTION, INC.**

By: _____

Gustavo Rodriguez, on behalf of South Bay Gunite, Inc., dba NorCal Pool Construction, Inc.

DATED: _Feb 12_, 2026

**GUSTAVO RODRIGUEZ, an individual**

By: _____

Gustavo Rodriguez, an Individual

DATED: _February 13_, 2026

**OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.**

By: _____
Sonya Brown
Fringe Benefits Director for Operating Engineers Local 3 Trust Funds

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall retain jurisdiction over this matter.

DATED: _February 17_, 2026

_____
UNITED STATES MAGISTRATE JUDGE

12

**JUDGMENT PURSUANT TO STIPULATION**
**Case No. 25-cv-06067-TSH**